FLORENCE EVERITT, complainant-appellant,

*v.*

JOHN D. EVERITT et al., defendants-respondents.

[Decided January 31st, 1936.]

*Mr. Raymond H. Berry,* for the appellant.

*Mr. Samuel Kaufman* and *Mr. Daniel G. Kasen,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion delivered by Vice-Chancellor Stein in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.